677 A.2d 210

IN THE MATTER OF RICHARD ONOREVOLE,
AN ATTORNEY AT LAW.

June 24, 1996.

## ORDER

The Disciplinary Review Board on January 19, 1996, having filed with the Court its decision concluding that **RICHARD ONOREVOLE** of **LAKE HIAWATHA**, who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 8.1(b) (failure to cooperate with the ethics authorities) and *RPC* 8.4(c) (conduct involving fraud, dishonesty, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RICHARD ONOREVOLE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.